# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | Criminal No. 07-367 (JMR/SRN) |
| **Plaintiff,** | |
| v. | **O R D E R** |
| **Brent Jarrod Lindo (01) and** **Chenelle Nicole Lindo (02),** | |
| **Defendants**. | |

Jeffrey Paulsen, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Plaintiff United States of America

Caroline Durham, Office of the Federal Defender, 300 South Fourth Street, Suite 107, Minneapolis, Minnesota 55415, for Defendant Brent Jarrod Lindo

Frederic Bruno, Bruno & Associates, 5500 Wayzata Boulevard, Suite 730, Minneapolis, Minnesota 55416, for Defendant Chenelle Nicole Lindo

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections were filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Brent Lindo's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 34) is **DENIED**;

2. Defendant Brent Lindo's Motion to Suppress Statements (Doc. No. 38) is **DENIED**;

3. Defendant Brent Lindo's Motion to Suppress Eyewitness Identifications (Doc. No. 39) is **DENIED**;

4. Defendant Chenelle Lindo's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 21) is **DENIED**;

5. Defendant Chenelle Lindo's Motion to Suppress Statements (Doc. No. 23) was **WITHDRAWN**; and

6. Defendant Chenelle Lindo's Motion to Suppress Identification Through Use of Photo Lineup (Doc. No. 45) is **DENIED**.

Dated: February 4, 2008

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States District Judge
