# UNITED STATES DISTRICT COURT

for the

_____ District of Minnesota _____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 07-CR-0367(2) (PJS/SRN) |
| Chenelle Nicole Lindo | ) | USM No: 13590-041 |
| Date of Original Judgment: 10/6/08 | ) | |
| Date of Previous Amended Judgment: | ) | Katherine Menendez and Robert Meyers |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant   ❏  the Director of the Bureau of Prisons   ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❏  DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*

*the last judgment issued)* of _____144_____ months **is reduced to** _____ 50 months or time served, whichever is longer _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____10/6/08_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: \_\_\_11/12/15_____      _____s/Patrick J. Schiltz_____
                                                               *Judge's signature*

Effective Date: _____      PATRICK J. SCHILTZ, United States District Judge
            *(if different from order date)*                  *Printed name and title*